

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2020

No. 04-19-00793-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Tanya **WALKER** and Adrian Segovia,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23121
Honorable David A. Canales, Judge Presiding

# O R D E R

Appellant's unopposed second motion for an extension of time to file the appellant's brief is granted. We order appellant to file its brief by March 2, 2020. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court